UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D9, DONTAE STONE,

    Defendant.
_____/

Case No. 19-cr-20112-9
Hon. Matthew F. Leitman

## ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

IT IS HEREBY ORDERED that the conditions of Defendant's pretrial release are modified so as to delete the condition requiring location monitoring through a tether. Defendant's tether shall be removed.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126